IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN   DIVISION
*(Write the District and Division, if any, of the*
*court in which the complaint is filed.)*

Troy Greenhaw

_____

*(Write the full name of each plaintiff who is filing*
*this complaint.  If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

Greene Co Sheriffs Dept

_____

*(Write the full name of each defendant who is*
*being sued.  If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.  Do not include*
*addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

18-3035-CV-S-MDH-P

Case No: _____

*(to be filled in by the Clerk's Office)*

REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☒ Yes ☐ No

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    _Troy Greenhew_

All other names by which you have been known:

_____

ID Number    _149691_
Current Institution    _Greene Co Justice Center_
Address    _1000 N Boonville_
_Springfield Missouri 65802_

### B.    The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name    _Greene Co Sheriffs Dept_

Job or Title
(if known)    _____

Shield Number

Employer    _County of Greene, Missouri_
Address    _1000 W. Boonville._
_Springfield Missouri 65802_

☐ Individual capacity    ☒ Official capacity

3

Defendant No. 2

Name _____

Job or Title _____
(if known)

Shield Number _____

Employer _____

Address _____
_____

☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐    Federal officials (a *Bivens* claim)

     ☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Civil Rights*
*Color of law*
_____

4

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On The night of Jan 4th an Inmate By the name of Jason Thomas Heil allegedly committed suicide. While Conducting the Crime Scene Investigation. The Detective (Stan Huncock) used Segregation Pods food delivery cart inorder to remove evidence, Biohazard waste, and also his Crime Scene Investigation Bag. Which has Been Cross contaminated in surely countless

5

Cont. IV

Investigations involving unsanitary conditions. Then
without it being sanitized was Brought directly into the unit at lunch
the very next day and used to feed the inmates including myself

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_Mental Anxiety / Mental Distress_

_exposure to Blood Borne Pathogens_

_undeserved stress from extensive efforts to deny situation_

_occured._

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Mental Distress $1,000,000_

_pain and Suffering $1,000,000_

_Health issues due to exposure which leads to longterm stress. $1,000,000_

_long term + short term emotional damages $750,000_

_High Count due to number of affected tests est 24 victims_

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Greene County Justice Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes
☒ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E.    If you did file a grievance:

    1.    Where did you file the grievance?

        _____

        _____

        _____

        _____

    2.    What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

        _____

        _____

        _____

        _____

    3.    What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

        _____

        _____

        _____

        _____

    4.    What steps, if any, did you take to appeal that decision?   Is the grievance process completed? If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

        _____

        _____

        _____

        _____

8

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

I attempted to, But was denied a grievance By the jail.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed the cooking officers that I needed an Inmate level Grievance form pertaining to the incident through inmate Request to staff and The response was a denial stating The cert was still held in evidence.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I know the cert was never entered into evidence Because it was not part of The crime They just used it for transport So Therefore its a lie to cover up wrong doing

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes
☒    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes
☒  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐  Yes
☐  No

If no, give the approximate date of disposition.  _____

10

7.       What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.       Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☒    No

D.       If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.       Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.       Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.       Docket or index number

_____

4.       Name of Judge assigned to your case

_____

5.       Approximate date of filing lawsuit

_____

6.       Is the case still pending?

☐    Yes

☐    No *(If no, give the approximate date of disposition)*:

_____

11

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 26th , 2018.

Signature of Plaintiff _____

Printed Name of Plaintiff _____

Prison Identification # _14891_____

Prison Address _1000 N Boonville_____

City State Zip Code _Springfield Missouri 65802_____

12



Ryther Clifford Brethlers
Greene Co Jail
1000 N Boonville
Springfield MO 65802

JAN 29 2018
9:15A

REC'D JAN 3 0 2018

Clerks Office
United States District Court
Western District of Missouri
1400 US Courthouse
222 John Q Hammons Pkwy
Springfield MO 65806
Official Business

Springfield PDC MO 658
MON 29 JAN 2018 PM